# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DOUGLAS S. CLEMENTS,**                                            **PLAINTIFF,**

**VS.**                                        **CIVIL ACTION NO. 2:02CV302-P-A**

**BARDEN MISSISSIPPI GAMING, L.L.C.**
**d/b/a FITZGERALD'S CASINO/HOTEL**
**TUNICA,**                                            **DEFENDANT.**

## FINAL JUDGMENT

This matter comes before the court upon Defendant's Motion for Final Judgment [97-1]. Upon due consideration of the motion and the response filed thereto, the court finds that final judgment is appropriate because the court has previously entered judgment for the plaintiff, the judgment was affirmed by the Fifth Circuit Court of Appeals, and the parties have resolved all issues regarding satisfaction of the judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Final Judgment [97-1] is **GRANTED**; thus,

(2) Consistent with the court's May 5, 2004 judgment [75-1] which held for the plaintiff with respect to his claims of race discrimination; held for the defendant with regard to the plaintiff's tortious interference with contract claim; and awarded $32,001.00 for backpay, $20,000.00 for emotional distress damages; and $260,005.00 for punitive damages (the plaintiff's entitlement to attorney's fees having been satisfied by agreement among the parties), this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED**.

**SO ORDERED** this the 2nd day of December, A.D., 2005.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE